IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BILLY MACK NICHOLS, JR.,
ADC #92713                                                                PLAINTIFF

v.                            No: 2:20-cv-229-DPM

TRACY BENNETT, APRN, EARU Unit;
K. MCCAIN, APRN, EARU Unit;
A. DOUGLAS, Nurse, EARU Unit;
GARY R. KERSTEIN, Doctor,
EARU Unit; and WELLPATH                                                   DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Nichols hasn't paid the filing and administrative fees; and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2020