IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BILLY MACK NICHOLS, JR.,
ADC #92713                                                                PLAINTIFF

v.                          No: 2:20-cv-229-DPM

TRACY BENNETT, APRN, EARU Unit;
K. MCCAIN, APRN, EARU Unit;
A. DOUGLAS, Nurse, EARU Unit;
GARY R. KERSTEIN, Doctor,
EARU Unit; and WELLPATH                                                   DEFENDANTS

## JUDGMENT

Nichols's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2020